UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA C. MORAN,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br>GMAC MORTGAGE, LLC, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 5:13-CV-04981-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Patricia Moran filed her complaint in state court on September 4, 2013, which Defendants then removed to federal court on October 25, 2013. *See* ECF No. 1. On November 1, 2013, Defendants filed a Motion to Dismiss. *See* ECF No. 7. In their motion, Defendants primarily contend that *Jenkins v. JP Morgan Chase Bank, N.A.*, 216 Cal. App. 4th 497 (2013), forecloses Plaintiff's principal claims. *See id*. Defendants also provide other arguments for dismissal unique to each of Plaintiff's nine claims. *See id*. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, was due on November 15, 2013. As of today, March 10, 2014, Plaintiff has not filed an opposition or statement of non-opposition to Defendants' Motion to Dismiss. Pursuant to Civil Local Rule 7-1(b), the Court vacates the March 27, 2014 hearing on Defendants' Motion to Dismiss.

In light of Plaintiff's failure to timely oppose Defendants' Motion, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute under Federal

Rule of Civil Procedure 41(b). This Order does not authorize Plaintiff to file an untimely opposition to the Motion to Dismiss. **Plaintiff has until March 21, 2014 to file a response to this Order to Show Cause**. A hearing on this Order to Show Cause is set for **Thursday, March 27, 2014 at 1:30 p.m**. Plaintiff's failure to respond to this Order and to appear at the March 27, 2014 hearing will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 10, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No.: 13-CV-04981-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE